AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ Colorado _____

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 17 2010
GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA
V.
Joseph A. Salsberry Jr

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

Case Number: 2M / 2769327

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

X _Joseph Salsberry_
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.   Salsberry, Joseph
                                                            Defendant

Consented to by United States   _Joseph Salsberry_
                                Signature

                                PFC Salsberry
                                Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
Defendant

_____       Approved By: _____
Defendant's Attorney (if any)                 U.S. Magistrate Judge

                                              _____
                                              Date